Amir J. Goldstein, Esq. (SBN 255620)
Email: ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

JEFFREY A. TOPOR (SBN 195545)
Email: jtopor@snllp.com
MARGARET T. CARDASIS (SBN 322167)
Email: mcardasis@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al<br><br>Defendants. | Case No.: 2:21-cv-00073-MWF (JEMx)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), Plaintiff's causes of action against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC are

dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: February 1, 2022         The Law Offices of Amir Goldstein

                                By: /s/ Amir J. Goldstein[1]
                                    Amir J. Goldstein

                                Attorney for Plaintiff


Dated: February 1, 2022         SIMMONDS & NARITA, LLP

                                By: /s/ Jeffrey A. Topor
                                    Jeffrey A. Topor

                                Attorney for Defendant
                                Portfolio Recovery Associates, LLC

---

[1] I, Amir J. Goldstein, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.