JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al<br><br>Defendants. | Case No.: 2:21-cv-00073-MWF (JEMx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on February 1, 2022, IT IS HEREBY ORDERED that Plaintiff's causes of action against the Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC are dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 2, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge